**Order entered February 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01021-CV

**TIC N. CENTRAL DALLAS 3, LLC, ET AL, Appellants**

**V.**

**ENVIROBUSINESS, INC, ET AL, Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-02857-E**

# ORDER

Appellants' motion for access to oral argument recording is **DENIED**.

/David Schenck/
DAVID SCHENCK
JUSTICE